# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MATTHEW FRAZEE,**

    **Plaintiff,**

v.                                                **Case No: 6:17-cv-671-Orl-28TBS**

**AMERICAN ROAD MANAGEMENT, INC.,**

    **Defendant.**

## ORDER

This case is before the Court on the parties' Joint Motion for Approval of Settlement (Doc. 12) and Second Joint Motion for Approval of Settlement (Doc. 14). The assigned United States Magistrate Judge has submitted a Report (Doc. 15) recommending that the Joint Motion for Approval of Settlement (Doc. 12) be denied and the Second Joint Motion for Approval of Settlement (Doc. 14) be granted, provided the parties agree to 2 changes to the Amended Settlement Agreement (Doc. 14-1) suggested by the Magistrate Judge.

The parties have filed their notice of Non-Objection to the Report and Recommendation (Doc. 16), including the two changes suggested by the Magistrate Judge.

After a *de novo* review of the record in this matter, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation (Doc. 15) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement (Doc. 12) is **DENIED**.

3. The Amended Settlement Agreement (Doc. 14-1) is amended as follows: (1) the word "Confidential" is removed from the Agreement; and (2) in paragraphs 5 and 7, the term "Releasees" is removed and replaced with the term "Defendant." The Amended Settlement Agreement, as modified, is approved as a fair and reasonable compromise of a bona fide Fair Labor Standard Act dispute.

4. The Second Joint Motion for Approval of Settlement (Doc. 14) is **GRANTED**.

5. This case is dismissed with prejudice.

6. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Orlando, Florida, on July ___, 2017.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record